```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 21457
    TERESA P JONES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4960


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/15/2008 and was confirmed 10/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/05/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC    21017.87          302.02         1323.58
AMERICREDIT FINANCIAL SV  UNSECURED        NOT FILED           .00             .00
AT T                      UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED         1430.00            .00             .00
CONSUMER PORTFOLIO SERVI  UNSECURED        NOT FILED           .00             .00
EXECUTIVE FINANCIAL CO    UNSECURED         1200.00            .00             .00
EXECUTIVE FINANCIAL CO    NOTICE ONLY      NOT FILED           .00             .00
PARAGON WAY               UNSECURED        NOT FILED           .00             .00
PREMIER BANKCARD          UNSECURED             .00            .00             .00
HONOR FINANCE             UNSECURED        NOT FILED           .00             .00
IDES                      UNSECURED         3901.70            .00             .00
LINEBARGER GOGGAN BLAIR   UNSECURED        NOT FILED           .00             .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY      NOT FILED           .00             .00
NDC CHECK SERVICES        UNSECURED        NOT FILED           .00             .00
SALLIE MAE/UNITED STUDEN  UNSECURED         2677.85            .00             .00
SALLIE MAE SERVICING      UNSECURED        NOT FILED           .00             .00
SPRINT SPECTRUM           UNSECURED        NOT FILED           .00             .00
US BANK NA                UNSECURED        NOT FILED           .00             .00
USA PAYDAY LOANS          UNSECURED           25.00            .00             .00
WEST ASSET MANAGEMENT IN  NOTICE ONLY      NOT FILED           .00             .00
AT&T                      NOTICE ONLY      NOT FILED           .00             .00
SONSEEAHRAY BLACK         NOTICE ONLY      NOT FILED           .00             .00
LEGAL HELPERS PC          DEBTOR ATTY       2,669.00                           .00
TOM VAUGHN                TRUSTEE                                           134.40
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,760.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 21457 TERESA P JONES
```

```
PRIORITY                                                                    .00
SECURED                                                                1,323.58
    INTEREST                                                             302.02
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                     134.40
DEBTOR REFUND                                                               .00
                                             ---------------    ---------------
TOTALS                                              1,760.00           1,760.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 03/05/09                      /s/ Tom Vaughn
                                                      _____
                                                        TOM VAUGHN
                                                       CHAPTER 13 TRUSTEE